# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

## INITIAL APPEARANCE CALENDAR

1) Magistrate Case Number: __09-899 M__
2) Defendant's Name: __Awan__ (Last) __Ahmed__ (First) _____ (M.I.)
3) Age: _____
4) Title: _____ Section(s): _____
5) Citizen of: _____ Needs: _____ Interpreter
6) Arrest Warrant Issued: _____ Date and time of arrest: _____

(Items 1-6 to be completed by AUSA/Arresting Officer)

7) Removal Proceeding: __Yes __No   Other District: _____
8) Name of Interpreter used today: _____ Language: _____
9) Arraignment on complaint held: __✓__ Yes __No   Date/Time: __9/10/09__
10) Detention Hearing Held: ____ Bail set at: _____ ROR Entered: ____ POD Entered: ____
11) Temporary Order of Detention Entered: __✓__ Bail Hearing set for: __9/14/09 2pm__
12) (a) Preliminary Hearing set for: _____ ; or waived: _____
    (b) Removal Hearing set for: _____ ; or waived: __✓__
    (c) Status Conference set for: _____
13) ASSISTANT U.S. ATTORNEY: __Michael Yaeger__
14) DEFENSE COUNSEL'S NAME: ~~James Froccaro~~ __Derwitt White__
    Address: _____
    Bar Code: _____ CJA:____ FDNY:____ RET: __✓__
    Telephone Number: ( )
15) LOG #: __( 4:17 - 4:19 )__   MAG. JUDGE: __J. Ornstein__
16) ____ Defendant was advised of bond conditions by the Court and signed the bond.
    ____ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.
    ____ Additional surety (ies) to co-sign bond by _____

Other Comments/Rulings: _____

17) Complaint/Affidavit/Indictment unsealed: ___Yes ___No

SO ORDERED ON THIS _____ DAY OF _____, 20__

_____
UNITED STATES MAGISTRATE JUDGE